UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADBALKARIM AL KHATIB,<br><br>                      Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>                      Respondents. | Case No.:  25cv2978-LL-VET<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO FILE EXCERPTED MEDICAL RECORDS UNDER SEAL IN FULL**<br><br>[ECF No. 6] |

      Before the Court is Petitioner Abdalkarim Al Khatib's Unopposed Motion to File Excerpted Medical Records Under Seal in Full. ECF No. 6. Petitioner seeks to seal in full twelve pages of medical records that contain sensitive health information to protect his privacy. *Id.* The records are to be used in support of his habeas petition and motion for temporary restraining order. *Id.* Because the record is brief, redaction would be extensive, and Petitioner's health is but one reason for the underlying motion and petition, the Court

1

**GRANTS** the Motion to file under seal Petitioner's medical records in Exhibit E [ECF No. 7]. *See Civ. Beat L. Ctr. for Pub. Int., Inc. v. Maile*, 117 F.4th 1200, 1210 (9th Cir. 2024) ("The individual right to privacy may justify closure where such a right is asserted by the affected individual and the court makes pre-closure findings as to the significance of the interest and necessity of closure.").

**IT IS SO ORDERED**.

Dated: November 12, 2025

_____
Honorable Linda Lopez
United States District Judge