

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Abdalkarim Al Khatib

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

Civil Action No. ___25-cv-2978-LL-VET___

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Petitioner's Motion to Enforce Prior Habeas Order and DENIES AS MOOT Petitioner's Ex Parte Application for TRO. Petitioner should, however, seek habeas relief in the Central District of California if he has any new grounds for relief. This case is hereby closed.

**Date:** _____4/7/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler _____

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-2978-LL-VET

Respondents:

Kristi Noem,
Secretary of the Department of Homeland Security;

Pamela Jo Bondi,
Attorney General;

Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;

Jesus Rocha,
Acting Field Office Director, San Diego Field Office;

Christopher LaRose,
Warden at Otay Mesa Detention Center